UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
JOSUE PAGUADA, Individually, and On : Case No.: 1:22-cv-01085
Behalf of All Others Similarly Situated, :
 :
      Plaintiff, :
 :
vs. :
 :
 : **NOTICE OF SETTLEMENT**
R.C. QUIGGLE, INC., :
 :
      Defendant. :
 :
―――――――――――――――――――――――― x

  Plaintiff Josue Paguada ("Plaintiff") hereby notifies the Court that Plaintiff and defendant R.C. Quiggle, Inc. ("Defendant") (collectively, the "parties") have reached a tentative agreement to resolve the case and are in the process of drafting a written settlement agreement. As such, the parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: September 2, 2022    **MIZRAHI KROUB LLP**

                 /s/ Edward Y. Kroub
                 EDWARD Y. KROUB

              EDWARD Y. KROUB
              JARRETT S. CHARO
              WILLIAM J. DOWNES
              200 Vesey Street, 24th Floor
              New York, NY 10281
              Telephone: 212/595-6200
              212/595-9700 (fax)
              ekroub@mizrahikroub.com
              jcharo@mizrahikroub.com
              wdownes@mizrahikroub.com

- 2 -

*Attorneys for Plaintiff*